No. 997. DOROTHY FERGUSON *v.* DISTRICT OF COLUMBIA. Petition for writ of certiorari to the Court of Appeals of the District of Columbia. March 22, 1926. *Per Curiam.* Denied for want of jurisdiction in this court under § 240 of the Judicial Code as amended by the Act

of February 13, 1925, c. 229, § 1(a), 43 Stat. 938, to issue a certiorari to review a refusal of a Justice of the Court of Appeals of the District of Columbia to allow a writ of error to the Police Court of the District of Columbia under the authority of the District of Columbia Code, § 227, 29 Stat. 607. *Mr. Harry A. Hegarty* for petitioner. No appearance for respondent.